UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:24-cv-06814-DSF (MAA)** | Date: **August 25, 2025** |
| Title  **Marcus A. Smith v. Leanne Lundy, et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On March 28, 2025, the Court issued an Order Dismissing First Amended Complaint ("FAC") ("Order Dismissing FAC"). (Order Dismissing FAC, ECF No. 24.) The Court ordered Plaintiff Marcus A. Smith ("Plaintiff") to, no later than April 27, 2025, respond by submitting one of three filings: (1) a Second Amended Complaint ("SAC"); (2) a notice that Plaintiff wished to proceed with the FAC; or (3) a Notice of Voluntary Dismissal. (*Id.* at 8–10.) The Court cautioned Plaintiff that, pursuant to Federal Rule of Civil Procedure 41(b) and California Central District Local Civil Rule 41-1: "**failure to respond to this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order[.]**" (*Id.* at 10.)

On May 14, 2025, and again on June 26, 2025, the Court granted Plaintiff an extension of time to file a SAC. (ECF Nos. 28, 30.) The Court also issued a Notice to the Warden or Head of Institution at California State Prison Corcoran, where Plaintiff is housed, regarding Plaintiff's reported failure to access the law library. (ECF No. 31.)

Plaintiff's SAC was due July 24, 2025. (ECF No. 30.) To date, Plaintiff has not filed a SAC. (*See* docket.) Plaintiff is **ORDERED TO SHOW CAUSE**, by no later than **September 24, 2025**, why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC, notice that he wishes to proceed with the FAC, or Notice of Dismissal (form attached to this order) on or before this date, this Order to Show Cause will be discharged, and no additional action need be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:24-cv-06814-DSF (MAA)**                                      Date:  **August 25, 2025**

Title      **Marcus A. Smith v. Leanne Lundy, et al.**

**Plaintiff is advised that failure to comply with this Order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders.**  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal